The Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| *JANE DOE (S.A.S.), an individual*, <br><br> Plaintiff, <br><br> v. <br><br> ESA P PORTFOLIO, LLC, a foreign company; HILTON FRANCHISE HOLDING LLC, a foreign company; PARK HOTELS & RESORTS, INC., a foreign corporation; HILTON DOMESTIC OPERATING COMPANY INC., a foreign corporation; HILTON WORLDWIDE HOLDINGS INC., a foreign corporation; HILTON MANAGEMENT LLC d/b/a Hilton, a foreign company; HILTON RESORTS CORPORATION, a foreign corporation; RLH PARTNERSHIP, L.P., a foreign partnership; HLT OPERATE DTWC, LLC, a foreign company; and RED LION HOTELS CORPORATION, a foreign corporation, <br><br> Defendants. | Case No. 3:23-cv-06038 <br><br> **ORDER GRANTING DEFENDANT HILTON DOMESTIC OPERATING COMPANY INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** <br><br> NOTED FOR: January 12, 2024 |

The Court, having received and reviewed Defendant Hilton Domestic Operating Company Inc.'s Unopposed Motion for Extension of Time,

HEREBY ORDERS that the time for all DoubleTree Seattle Airport Defendants to answer or otherwise plead is fourteen days after the later of denial of Plaintiff's Motion for Leave to File Second Amended Complaint or entry of Plaintiff's Second Amended Complaint.

Dated this 16th day of January, 2024

_____
Tiffany M. Cartwright
United States District Judge

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted, |

/s/ Daniel Dunne
Daniel Dunne (WSBA No. 16999)
ORRICK
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1.206.839.4395
Email: ddunne@orrick.com

Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Email: bbiesenthal@jonesday.com
          amcqueen@jonesday.com

Attorneys for Defendant
HILTON DOMESTIC OPERATING
COMPANY INC.